■ In the Matter of CLAYTON A. POTTER, Appellant, v ROBERT F. HYLAND & SONS, LLC, Respondent. [12 NYS3d 588]—Appeal from an order of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered October 10, 2014 in a CPLR article 76 proceeding. The order, insofar as appealed from, dismissed the petition.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on April 21, 2015, and filed in the Monroe County Clerk's Office on April 22, 2015,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Carni, Lindley and DeJoseph, JJ.